*Ridgely* [for] plaintiff. *Clayton* for defendant.

## MILLECHOP'S CASE.

Court of Common Pleas. Sussex. April, 1797.

*Clayton's Notebook, 19.*

In this case it was resolved that if the assignment of a bond is expressed to be for value received, the assignor in an action against him is estopped to show he actually received less than the amount of the bond. *Ex relatione T. Clayton.*